**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6350**

LUKE JOSEPH WARNER,

Petitioner - Appellant,

v.

WARDEN RAMOS; FMC DEVENS; FBOP-DSCC; FBOP; US DOJ; USDC-HI; USCA9; USDC-MA; USCA1,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-hc-02100-D)

Submitted:  September 28, 2023                    Decided:  October 3, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luke Joseph Warner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luke Joseph Warner, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Warner v. Ramos*, No. 5:22-hc-02100-D (E.D.N.C. Sept. 23, 2022 & Mar. 21, 2023). We deny Warner's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*